UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                Plaintiff,

-v-

NY COPY, PRINT & SHIP CENTER, INC., BLDG 7TH STREET LLC, and EAST 7TH STREET VENTURES LLC,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 9742 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference (the "Conference") held today, June 13, 2023, the Court orders as follows:

1. The Court's entry of an initial case management plan is HELD IN ABEYANCE pending completion of a settlement conference with the Court (the "Settlement Conference"), which the Court will schedule by separate order once it receives confirmation of Defendants' availability. As discussed at the Conference, Plaintiff consents to the participation of non-party Bidyut Sarker ("Mr. Sarker") at the Settlement Conference on behalf of Defendant NY Copy, Print & Ship Center, Inc. ("NY Copy").

2. By **July 14, 2023**, Defendants BLDG 7th Street LLC, and East 7th Street Ventures LLC shall update Plaintiff on their application to the New York City Landmarks Preservation Commission and Department of Buildings.

3. At the Conference, Plaintiff agreed to hold in abeyance the filing of a motion for default judgment against NY Copy.

Mr. Sarker is advised of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic, by visiting its website at www.nylag.org/pro-se-clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

Plaintiff shall promptly serve a copy of this Order on NY Copy, and file proof of service on the docket.

Dated:    New York, New York
          June 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge