UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

          -v-


NY COPY, PRINT & SHIP CENTER, INC., BLDG 7TH
STREET LLC, and EAST 7TH STREET VENTURES LLC,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 9742 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' representation that they have reached a settlement in principle (ECF No. 37), the settlement conference scheduled for July 26, 2023 at 2:30 pm is CANCELLED.

By **August 14, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.

Dated:      New York, New York
            July 18, 2023

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**