UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                    Plaintiff,

-v.-

NY COPY, PRINT & SHIP CENTER, INC., et al.,

                    Defendants.

22 Civ. 09742 (JHR)

ORDER OF DISMISSAL

JENNIFER H. REARDEN, District Judge:

      The Court, having been advised at ECF No. 37 that the parties have reached a settlement in principle, hereby ORDERS that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within 30 days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 6.A of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case. The Clerk of Court is further directed to mail a copy of this Order to Defendant NY Copy, Print & Ship Center, Inc. at the following address:

                    NY Copy, Print & Ship Center, Inc.
                    C/O Bidyut Sarker
                    13 East 7th Street
                    New York, NY 10003

      SO ORDERED.

Dated: July 19, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge